```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 40872
   VELMA L HARVEY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-4566


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/03/2004 and was confirmed 01/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/07/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG          .00          .00           .00
TOYOTA MOTOR CREDIT CORP  SECURED                .00          .00           .00
BANK OF NEW YORK          CURRENT MORTG          .00          .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00           .00
BANK FIRST                UNSECURED        NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED          1882.72          .00        1882.72
PREMIER BANCARD CHARTER   UNSECURED           263.77          .00         263.77
T-MOBILE BANKRUPTCY       UNSECURED          1087.29          .00        1087.29
ECAST SETTLEMENT CORP     UNSECURED           641.39          .00         641.39
MARSHALL FIELDS           UNSECURED           401.62          .00         401.62
ORCHARD BANK              UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED          2527.10          .00        2527.10
SEVENTH AVENUE            UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED           297.17          .00         297.17
US BANK CORP              UNSECURED          3503.37          .00        3503.37
BANK OF NEW YORK          MORTGAGE ARRE     1000.00          .00        1000.00
HOUSEHOLD                 UNSECURED          1036.27          .00        1036.27
ECAST SETTLEMENT CORP     NOTICE ONLY      NOT FILED          .00           .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,010.00                    2,010.00
TOM VAUGHN                TRUSTEE                                         870.78
DEBTOR REFUND             REFUND                                          678.52

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 16,200.00

PRIORITY                                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 40872 VELMA L HARVEY
```

```
SECURED                                                    1,000.00
UNSECURED                                                 11,640.70
ADMINISTRATIVE                                             2,010.00
TRUSTEE COMPENSATION                                         870.78
DEBTOR REFUND                                                678.52
                                ----------------     ----------------
TOTALS                               16,200.00            16,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
     Dated: 11/20/08             _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```